**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth-Abigail James,<br><br>       Plaintiff,<br><br>v.<br><br>Caesars Entertainment Incorporated,<br><br>       Defendant. | No. CV-19-01310-PHX-JAT<br><br>**ORDER** |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003).  In this case, the complaint fails to sufficiently plead jurisdiction.  *See* 28 U.S.C. § 1332.

First, the complaint fails to allege a sufficient amount in controversy to establish jurisdiction.  *See* 28 U.S.C. § 1332(b).  Next, it fails to allege the principal place of business and state of incorporation for the Defendant corporation.  *See Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010).  Therefore,

**IT IS ORDERED** that by March 25, 2019, Plaintiff shall file a supplement to the complaint properly alleging federal subject matter jurisdiction, or this case will be dismissed without prejudice for lack of federal subject matter jurisdiction.

Dated this 13th day of March, 2019.

James A. Teilborg
Senior United States District Judge