# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth-Abigail James,<br><br>    Plaintiff,<br><br>v.<br><br>Caesars Entertainment Incorporated,<br><br>    Defendant. | NO. CV-19-01310-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 25, 2019, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

September 25, 2019

                                        s/ R. Vasquez
                                    By  Deputy Clerk